

FILED

JUL 0 8 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CHRISTOPHER WHITE, ZERITA WHITE,
G'SHELLE WHITE, AND DANTRELL STEVENS
812 5TH STREET
VALLEJO, CA 94590
(510) 512-3938

IN PRO SE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER WHITE, ZERITA WHITE,
G'SHELLE WHITE AND DANTRELL
STEVENS,

        Plaintiff,

    vs.

CITY OF VALLEJO, et., al.,

        Defendant

Case No.   **2: 1 4 - CV - 1 6 0 3 MCE AC PS**

**PLAINTIFFS CIVIL RIGHTS
COMPLAINT PURSUANT 42 U.S.C.
1983 AND DEMAND FOR JURY TRIAL**

## **CLAIMS**

1. Defendants Vallejo Police Officers Does 1-20 violated Plaintiff's rights under the Fourth Amendment of the United States Constitution not to be unreasonably detained and subjected to excessive force when officers detained innocent, unarmed, non-threatening Plaintiffs Christopher White, Zerita White, G'Shelle White and Dantrell Stevens, without reasonable suspicion or probable cause to detain them in handcuffs and at gun point. Terry v. Ohio, 392 U.S. 1 (1968); Florida v. Royer, 460 U.S. 49 (1983); U.S,. Mendall 446 U.S. 544 (1980); Devenpeck v. Alfred, 543 U.S. 146 (2004); LaLonde v. County of Riverside, 204 F.3d 947 (9th Cir. 2000); Tekle v. United States, 511 F.3d 839 (9th Cir. 2007).

1    2. The City of Vallejo is liable for actions of Defendants Knight, Long, Martinez,

2 and Does 1-20 because the City has a longstanding, practice, policy or custom of

3 allowing police officers to use excessive force. <u>Hunter v. County of Sacrameto,</u> 652

4 F.3d 1225 (9th Cir. 2011).

5

6    3. Plaintiff is engaging in "Expressive Association" with their legal assistant

7 "Frederick Marc Cooley" and Plaintiff requests that the Court recognizes her

8 relationship with her legal assistant is protected by the First Amendment of the United

9 States Constitution. <u>Blaisdell v. Frappiea,</u> 729 F.3d 1237 (9th Cir. 2013).

10

11                                     **A.**

12              **<u>PLANTIFF CHRISTOPHER WHITE'S STATEMENT OF CLAIMS</u>**

13

14    On Friday May 23, 2014, at approximately 4:30 p.m., a black male adult

15 Plaintiff Christopher White was at his residence located at 812 5th Street, Vallejo, Ca

16 94590, when he asked his upstairs neighbor Latasha Creer to pull her car forward in

17 their narrow drive way so he could pull his car out of the driveway.   At this time

18 Plaintiff's four year old daughter was outside playing with his neighbor (Latasha Creer)

19 daughter, when all of a sudden, two marked City of Vallejo Police vehicles with two

20 officers in each vehicle, quickly pulled into the driveway as Plaintiff waiting for his

21 neighbor Lastasha Creer to move her car.  Defendant Vallejo Police Officers Knight

22 Badge #550, Long Badge #661, Martinez #658 and John Doe#1, immediately got out of

23 their vehicles with their guns drawn, repetitively yelling turn of the fucking vehicle!

24 Plaintiff complied with the officer's commands as Defendants Knight, Long and

25 Martinez continued to point their guns at him, his daughter, Ms. Creer and her

26 daughter.  Plaintiff's daughter was screaming Daddy! Daddy!, while more Defendant

27 Vallejo Police Officers Does 2-20 came in additional cars including Doe #2 who jumped

28 over a fence adjacent to Plaintiff's residence pointing guns at Ms. Creer and her

1  daughter.  Plaintiff was unlawfully detained, his person was searched and his vehicle
2  was searched with negative results of criminal activity.  Plaintiff was detained at gun
3  point and handcuffed for approximately 30 minutes before he was free to go on his
4  way.  Defendants Officers identified no reasonable suspicion or probable cause that
5  Plaintiff was engaging in criminal activity to substantiate their purpose for detaining
6  her and pointing guns at him.

7

**B.**

**PLAINTIFF ZERITA WHITE'S STATEMENT OF CLAIMS**

10

11      On Friday May 23, 2014, at approximately 4:30 p.m., Zerita White a black
12  female adult was at her residence located at 812 5th Street, Vallejo, Ca 94590, sitting
13  in her living room with her daughter G'Shelle White with the front door open, when
14  her husband Christopher White walked upstairs to ask their neighbor Latasha Creer if
15  she could pull her car forward in their narrow drive way so he could pull his car out.
16  At this time Plaintiff's four year old daughter and Ms. Creer's five year old daughter
17  was outside playing, when all of a sudden, Plaintiff heard and saw Defendant Vallejo
18  Police Officers Knight Badge #550, Long Badge #661, Martinez #658 and John Doe #1
19  walk past her front door pointing guns, repetitively yelling turn of the fucking vehicle!
20  Plaintiff heard her four year old daughter screaming Daddy! Daddy! and Ms. Creer's
21  five year old daughter was screaming Mommy!  Mommy!  Plaintiff and her daughter
22  G'Shelle White got up to go outside to find out why the children were screaming.  As
23  Plaintiff and her daughter G'Shelle attempted to go outside Plaintiff observed Does 3-
24  20 walk up pointing guns at her and her daughter G'Shelle.  Doe #3 yelled "get back in
25  the fucking house" and close the door.  Plaintiff complied.  Plaintiff was confined in
26  her home for approximately 30 minutes before she was free to exit her home.
27  Defendant officers identified no reasonable suspicion or probable cause that Plaintiff
28

1  was engaging in criminal activity to substantiate their purpose for seizing and pointing

2  guns at her and her family.

### C.

### PLANTIFF G'SHELLE WHITE'S STATEMENT OF CLAIMS

On Friday May 20, 2014, at approximately 4:30 p.m., Plaintiff a 18 year old
black female was at her residence located at 812 5th Street, Vallejo, Ca 94590, sitting
in her living room with mother Zerita White with the front door open, when her father
Christopher White walked up stairs to asked their neighbor Latasha Creer to pull her
car forward in their narrow drive way so he could pull his car out.  At this time
Plaintiff's 4 year old sister and her neighbor Latasha Creer's five year old daughter was
playing outside when all of a sudden, Plaintiff heard and saw Defendant Vallejo Police
Officers Knight Badge #550, Long Badge #661, Martinez #658 and John Doe #1 walk
past her front door pointing guns, repetitively yelling turn of the fucking vehicle!
Plaintiff heard her four year old sister screaming Daddy! Daddy! and Ms. Creer's five
year old daughter was screaming Mommy!  Mommy!  Plaintiff and her mother Zerita
White got up to go outside to find out why the children were screaming.  As Plaintiff
and her mother Zerita attempted to go outside Plaintiff observed Does 3-20 walk up
pointing guns at her and her mother.  Doe #3 yelled "get back in the fucking house"
and close the door.  Plaintiff complied.  Plaintiff was confined in her home for
approximately 30 minutes before she was free to exit her home.  Defendant officers
identified no reasonable suspicion or probable cause that Plaintiff was engaging in
criminal activity to substantiate their purpose for seizing and pointing guns at her and
her family.

**D.**

**PLANTIFF DANTRELL STEVEN'S STATEMENT OF CLAIMS**

On Friday May 23, 2014, at approximately 4:30 p.m. Plaintiff a twenty-two year old black male adult was visiting at his family's residence (Zerita White-aunt, Christopher White, uncle and G'Shelle White, cousin) located at 812 5th Street, Vallejo, Ca 94590, while sitting in a chair located on the outside of the residence approximately five feet away from the front door, Plaintiff observed Defendant Vallejo Police Officer Knight#550, Long Badge #661, Martinez #658 and John Doe #1 walk past him pointing guns, repetitively yelling turn of the fucking vehicle!  Plaintiff heard his four year old cousin screaming Daddy! Daddy! and Ms. Creer's five year old daughter was screaming Mommy!  Mommy!  Defendants 3-20 pointed guns at Plaintiff and placed Plaintiff in handcuffs and by force made Plaintiff lie face down on the ground in a prone position.  Plaintiff's person was searched without consent or a warrant including the inside of his pockets with negative results of criminal activity. Plaintiff complained that the handcuffs were too tight to defendants 3-20 who ignored Plaintiff's complaints and Plaintiff experience extreme pain for approximately 30 minutes before Plaintiff was free to go about his way resulting in pain and numbness for approximately two weeks.  Defendant officers identified no reasonable suspicion or probable cause that Plaintiff was engaging in criminal activity to substantiate their purpose for seizing and pointing guns at her and her family.

All of the stated Plaintiffs are members of a group of people and associate with City of Vallejo residents who have sought, is seeking and/or will seek vindication of their Fourth Amendment rights not to be subjected to unnecessary and excessive use of force by Vallejo Police Officers.  Group members are the following:

1      1. Alfred James Foy currently litigating claims against City of Vallejo, Vallejo

2   Police Officers J. Bauer, J. Huff, S. Yates, J. Whitney, and Fairfield Police Officer J.

3   Williams in Foy v. City of Vallejo, 2:11-cv-03262 MCE-CMK, et., al., alleging officers

4   deployed his taser in dart mode into plaintiff's arm while in a prone position, mauled

5   by police dog, kicked and beat Plaintiff with baton and/or flashlight resulting in Foy

6   receiving approximately17 staples in the crown of his head, a broke jaw, a broke

7   ankle, knocked unconscious and other injuries.

8

9      2. Frederick Marc Cooley  settled claims against City of Vallejo, Vallejo Police

10  Officers Eric Jensen and Sean Kenney in Cooley v. City of Vallejo, et., al., 2:12-cv-

11  00591-LKK-AC, alleging officers beat Cooley with a flashlight breaking his hand and

12  other injuries.

13

14     3. David Michael Capenhurst settled claims against City of Vallejo Police

15  Officers Eric Jensen and Steven Fowler in Capenhurst v. City of Vallejo, et., al., 2:13-

16  cv-01371-LKK-AC, alleging while Plaintiff was handcuffed and with provocation

17  Jensen struck Capenhurst in his head with a flashlight resulting in him receiving

18  approximately 5 staples in his head.

19

20

21     4. Anthony Tyrone Garrison currently litigating claims against City of Vallejo,

22  Vallejo Police Officers Bautista in Garrison v. City of Vallejo, et., al., 2:13-cv-00479-

23  JAM-KJN alleging Bautista kicked Plaintiff in the face while he lay down on the ground

24  in a prone position.

25

26

27

28

1       5.   Tyrone Jerome Hicks currently litigating claims against City of Vallejo,

2  Vallejo Police Officers Sean Kenney and Postolaki in Hicks v. City of Vallejo, et., al.,

3  2:14-cv-0669-LKK-DAD, alleging that officer Kenney choked and restrained Plaintiff in

4  to tight handcuffs, unlawfully arrested him, unlawfully impounded his vehicle and

5  initiated a malicious prosecution against him and Postolaki failed to intercede.

7       6.  Leon Jerome Martin currently litigating claims against City of Vallejo, Vallejo

8  Police Officers P. Messina, T. Agustin, J. Huff and J. Bauer in Martin v. City of Vallejo,

9  et., al., 2:14-cv-0554-JAM-DAD, alleging that officer P. Messina without warning

10  deployed his taser in "dart mode" into Plaintiff's person, sprayed pepper spray into

11  Plaintiff's face, released a K-9 onto Plaintiff's person mauling him in the face and body

12  and beat Plaintiff with a flashlight. Officers T. Agustin, J. Huff and J. Bauer all

13  punched and kicked Plaintiff while he was in a prone position.

15       7. Frederick Marceles Cooley currently litigating claims against City of Vallejo,

16  Vallejo Police Officers Brett Clark and Dustin Joseph in Cooley v. City of Vallejo, et.,

17  al., 2:14-cv-00620-TLN-KJN, alleging that Defendant Joseph without warning

18  intentionally deployed his taser in "dart mode" into Plaintiff forehead inches away from

19  his right eye.

21       8.  Frederick Marceles Cooley currently litigating claims against City of Vallejo,

22  Vallejo Police Officer William Badour in Cooley v. City of Vallejo, et., al., 2:14-cv-

23  00241-MCE-DAD, alleging that Defendant Badour placed Plaintiff in handcuffs

24  extremely tight and refused to loosen the handcuffs after Plaintiff complained for

25  approximately one hour.

1    9. Latasha Nicole Creer currently litigating claims against City of Valljeo Police

2    Officers Knight, Long, Martinez, and Does 1-20, alleging that she was illegally detained

3    and subjected to excessive force when officers detained her without reasonable

4    suspicion or probable cause to detain her at gun point.

5

6    In each of these cases, Frederick Marc Cooley is not a licensed attorney but he

7    provides legal assistance that consist of but is not limited to researching case law,

8    rules of the Court etc.., preparing and filing court documents, preparing and filing

9    court documents, preparing legal correspondence, assisting in the discovery process,

10   assisting in identifying discovery discrepancies, assisting during conferences between

11   parties and the court and assisting during any trial or hearing set by the court.

12   Plaintiffs and their legal assist are engaging in "expressive association" protected by

13   the First Amendment of the United States Constitution.  See NAACP v. Button, 371

14   U.S. 415 (1963); Boy Scouts of America v. Dale, 530 U.S. 640 (2000); Rizzo v. Dawson,

15   778 F.2d 527; Blaisdell v. Frappiea 729 F.3d 1237 (9th Cir. 2013).

16

17   On August 23, 2013, Vallejo Police Officers Eric Jensen and Jason Potts were

18   found liable in § 1983 action entitled Deocampo , et., al., v. Potts, et., al., 2:06:0283-

19   WBS-CMK, for subjecting Deocampo to the use unnecessary and excessive force

20   resulting in a monetary jury award.

21

22   In consideration of the totality of information, Plaintiffs personal experience and

23   associations, Plaintiffs believes and intends to prove that the City of Vallejo has a

24   longstanding practice, pattern, policy or custom of allowing Vallejo Police Officers to

25   use excessive force.  Plaintiffs further believes and intends to prove that City Police

26   officers have injured and killed numerous citizens in 2001-2013 and none of the

27   officers involved have been disciplined or retrained.  Plaintiffs also believes and

28

1    intends to prove that members of the Vallejo Police Department, including Defendants

2    Knight, Long, Martinez and Does 1-20 have engaged in a repeated practice of

3    unreasonably detaining and using excessive force against individuals including

4    plaintiffs. As a matter of official policy "rooted in an entrenched posture of deliberate

5    indifference to the constitutional rights of primarily the minority citizens who live in

6    the City of Vallejo, the City of Vallejo has allowed its citizens to be abused by police

7    officers. Moreover, Defendant Knight, Long, Martinez and Does 1-20 actions reflect a

8    municipal practice, pattern, policy or custom.

9

10       Prior to the incident at issue, on numerous occasions Plaintiffs have observed

11    Vallejo Police Officers randomly stop pedestrians walking or citizens driving motor

12    vehicles between 5th & Cherry and 5th & Magazine Streets with no cause and subjected

13    each such individual to a search of their person and vehicle without consent.

14    .

15       At all times mentioned Defendant Knight Badge #550 was employed as a Vallejo

16    Police Officer and acting under the color of state law and is liable in his individual

17    capacity.

18

19       At all times mentioned Defendant Long Badge #661 was employed as a Vallejo

20    Police Officer and acting under the color of state law and is liable in his individual

21    capacity.

22

23       At all times mentioned Defendant Martinez Badge #658 was employed as a

24    Vallejo Police Officer and acting under the color of state law and is liable in his

25    individual capacity.

26

27       At all times mentioned Defendant Does 1-20 were employed as a Vallejo Police

28    Officers and acting under the color of state law and is liable in his individual capacity.

1    Defendant City of Vallejo is the employer of Defendant Knight Badge #550, Long

2 Badge #661, Martinez Badge #658 and Does 1-20 and at all times mentioned is liable

3 in its official capacity.

4

5

6                                    **RELIEF**

7

8    Plaintiff is seeking compensatory and punitive damages.  She is also seeking

9 damages for emotional distress and demands a jury trial.  Therefore, Plaintiff will be

10 requesting that the court allow him to litigate his claims under federal law.

11

12 Date 7/8/14

13

14                                    CHRISTOPHER WHITE

15

16 Date 7/8/14

17

18                                    ZERITA WHITE

19

20

21 Date 7/8/14

22

23                                    G'SHELLE WHITE

24

25

26 Date 7/8/14

27

28                                    DANTRELL STEVENS

-10-

## **DECLARATION**

1
2
3  I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing statements are true and correct.
5
6  Date 7/8/14
7
8
9                                        CHRISTOPHER WHITE
10
11
12  Date 7/8/14
13
14                                        ZERITA WHITE
15
16  Date 7/8/14
17
18
19                                        G'SHELLE WHITE
20
21
22  Date 7/8/14
23
24
25                                        DANTRELL STEVENS
26
27
28

-11-