UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WHITE, et al., | No. 2:14-cv-01603-MCE-AC |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF VALLEJO, | |
| Defendant. | |

This matter is before the undersigned pursuant to Local Rule 203(c)(21). Plaintiffs, proceeding pro se and in forma pauperis, bring suit against the City of Vallejo for violation of their Fourth Amendment rights under 42 U.S.C. § 1983. This matter is on for a status (scheduling) conference.

The court scheduled the parties' initial scheduling conference and directed them to file status reports in advance of the hearing on September 19, 2014. ECF No. 11. On January 14, 2015, defendant filed a status report asserting, among other things, that the facts of this case are related to Creer v. City of Vallejo, Case No. 2:14-cv-1428-JAM-DAD (E.D. Cal. June 16, 2014). ECF No. 18 at 3. Local Rule 123(b) requires counsel who have reason to believe that "an action . . . may be related to another action" to "promptly file in each action and serve on all parties in each action a Notices of Related Cases." Accordingly, as defendant has indicated that it has

////

1

reason to believe that Creer is related to this action within the meaning of the rule, THE COURT HEREBY ORDERS that:

    1. Defendant SHALL FILE a notice of related cases within five days of the service of this order; and

    2. The status conference now set for January 28, 2015, is hereby VACATED, to be reset following determination of whether this latter filed case should be reassigned.

DATED: January 23, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE