UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WHITE, ZERITA WHITE, G'SHELLE WHITE AND DANTRELL STEVENS, | No. 2:14-cv-1603 JAM KJN PS (TEMP) |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This action came before the court on May 19, 2016, for hearing of defendants' motion to compel production against plaintiff Christopher White. There was, however, no appearance by, or on behalf of, plaintiff Christopher White. Nor did plaintiff Christopher White file a timely opposition or statement of non-opposition to defendants' motion.

Accordingly, on May 20, 2016, the undersigned issued an order to show cause to plaintiff Christopher White as to why he should not be sanctioned in the amount of $250 for failing to file a timely opposition, or a statement of non-opposition, and for failing to appear at the May 19, 2016 hearing. (Dkt. No. 44.) On May 26, 2016, plaintiff Christopher White filed his response and that response establishes good cause for his actions.[1] (Dkt. No. 45.)

---

[1] Nonetheless, the court anticipates that plaintiff Christopher White will diligently comply with all Local Rules and orders of this court going forward.

1

1    Accordingly, IT IS HEREBY ORDERED that the May 20, 2016 order to show cause is
2 discharged.
3 Dated: June 15, 2016

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

28 white1603.osc.disc.docx