UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WHITE, ZERITA WHITE, G'SHELLE WHITE AND DANTRELL STEVENS, | No. 2:14-cv-1603 JAM DB PS (TEMP) |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 28, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

Although it appears from the docket that plaintiff Zerita White's copy of the findings and recommendations were returned as undeliverable and unable to be forwarded, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of her current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of

1  the party is fully effective.
2      The court has reviewed the file and finds the findings and recommendations to be
3  supported by the record and by the magistrate judge's analysis.
4      Accordingly, IT IS HEREBY ORDERED that:
5        1. The findings and recommendations filed June 28, 2016 (Dkt. No. 50) are
6  adopted in full;
7        2. Defendants' April 12, 2016 motion to dismiss (Dkt. No. 38) is denied, without
8  prejudice, as having been rendered moot; and
9        3. Plaintiff Dantrell Stevens is dismissed from this action.
10 DATED:  August 31, 2016

                                                John A. Mendez_____

                                                UNITED STATES DISTRICT COURT JUDGE

/white1603.jo