UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WHITE, ZERITA WHITE, G'SHELLE WHITE AND DANTRELL STEVENS, | No. 2:14-cv-1603 JAM DB PS |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This action came before the court on October 7, 2016, for hearing of plaintiffs' motion to compel.  Attorney Kelly Trujillo appeared on behalf of the defendants.  Plaintiff Zerita White appeared on her own behalf.  There was no appearance made by, or on behalf of, plaintiff Christopher White or plaintiff G'Shelle White.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. On or before **October 21, 2016**, plaintiff G'Shelle White shall update her address of record;

2. On or before **October 21, 2016**, plaintiff G'Shelle White shall file a signed copy of the

September 16, 2016 motion to compel[1];

    3. Plaintiffs' September 16, 2016 motion to compel (ECF No. 60) is granted;

    4. On or before **November 25, 2016**, defendants shall produce to plaintiffs the discovery at issue as ordered at the October 7, 2016 hearing[2]; and

    5. Defendants' production shall be made subject to a separately filed protective order.

DATED: October 7, 2016                             /s/ DEBORAH BARNES
                                                                        UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.pro se\white1603.oah.100716.ord

---

[1] Plaintiff Christopher White and plaintiff G'Shelle White are cautioned that the failure to appear at a properly noticed hearing may be deemed a withdrawal of the motion. Local Rule 230(i). Moreover, all pleadings shall be signed by the party involved if that party is appearing pro se. Local Rule 131(b). In this regard, if either plaintiff Christopher White or plaintiff G'Shelle White wish to be dismissed from prosecuting this action, they should file a request for voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

[2] If plaintiff G'Shelle White has not filed a signed copy of the motion to compel by November 25, 2016, defendants need not produce the responsive discovery to plaintiff G'Shelle White.