UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WHITE, ZERITA WHITE, G'SHELLE WHITE AND DANTRELL STEVENS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF VALLEJO, et al.,<br><br>    Defendants. | No.  2:14-cv-1603 JAM DB PS<br><br>ORDER |

    Plaintiffs are proceeding in this action pro se.  This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

    On January 31, 2017, defendants filed a motion for summary judgment and noticed that motion for hearing before the undersigned on March 3, 2017.  (ECF No. 69.)  Pursuant to Local Rule 230(c) plaintiffs were to file oppositions or statements of non-opposition to defendants' motion "not less than fourteen (14) days preceding the noticed . . . hearing date."  No plaintiff, however, has filed a timely opposition or statement of non-opposition.

    The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Local Rule 110.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and

1

all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

In light of plaintiffs' pro se status, and in the interests of justice, the court will provide plaintiffs with an opportunity to show good cause for their conduct along with a final opportunity to oppose defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1];

2. The March 3, 2017 hearing of defendants' motion for summary judgment (ECF No. 69) is continued to **Friday, April 7, 2017, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **March 24, 2017**, plaintiffs shall file statements of opposition or non-opposition to defendants' motion for summary judgment; and

4. Plaintiffs are cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

**Dated:  February 23, 2017**

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/white1603.osc.cont

---

[1] Alternatively, if any plaintiff no longer wishes to pursue this civil action they may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.